```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 02793
   LUIS E NEGRON
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0570


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/19/07 and confirmed on 07/17/07.

     2.  The case was dismissed after confirmation, 07/27/2007.

     3.  The Debtor paid a total of $   1468.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS              CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
FIRST FRANKLIN LOAN SERV CURRENT MORTG           .00             .00            .00
FIRST FRANKLIN LOAN SERV MORTGAGE ARRE     NOT FILED             .00            .00
WORLD FINANCIAL NETWORK  SECURED             1430.00            8.95         107.05
HSBC AUTO FINANCE        SECURED VEHIC           .00             .00            .00
HSBC AUTO FINANCE        SECURED VEHIC        468.00            2.93          35.22
WELLS FARGO BANK         SECURED VEHIC           .00             .00            .00
WELLS FARGO BANK         SECURED VEHIC        963.00           10.15         258.77
ADVENTIST HINSDALE HOSPI UNSECURED         NOT FILED             .00            .00
AT&T                     UNSECURED         NOT FILED             .00            .00
BALLY TOTAL FITNESS      UNSECURED         NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED            652.48             .00          78.22
COLUMBIA HOUSE           UNSECURED         NOT FILED             .00            .00
DISCOVER BANK            UNSECURED           3597.40             .00         431.24
EMERGENCY HEALTHCARE PHY UNSECURED         NOT FILED             .00            .00
FIFTH THIRD BANK         UNSECURED         NOT FILED             .00            .00
GE MONEY BANK            UNSECURED            638.26             .00          76.51
ECAST SETTLEMENT CORPORA UNSECURED            561.87             .00          67.35
ECAST SETTLEMENT CORPORA UNSECURED            546.29             .00          65.49
RESURGENT CAPITAL SERVIC UNSECURED           1340.03             .00         160.64
TARGET NATIONAL BANK     UNSECURED            329.14             .00          39.46
------------------------------------------------------------------------------
CREDITOR NAME            CLASS              CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
GE MONEY BANK            UNSECURED            158.32             .00          18.98
WORLD FINANCIAL NETWORK  UNSECURED            573.00             .00          68.69
WORLD FINANCIAL NETWORK  UNSECURED              1.71             .00            .20
WELLS FARGO FINANCIAL AC SECURED                 .00             .00            .00
          Summary of disbursements:
------------------------------------------------------------------------------
               SECURED      PRIORITY     UNSECURED      OTHER         TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       2861.00          .00       8398.50          .00     11259.50
PRINCIPAL PAID            401.04          .00       1006.78          .00      1407.82
INTEREST PAID              22.03          .00            .00          .00         22.03
TOTAL PAID                423.07          .00       1006.78          .00      1429.85
```

The Debtor's attorney, PAUL O OTUBUSIN               , was allowed $        .00
and was paid $        .00 .

The Trustee received $     38.15 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE